IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| JULIE A. SCHUBART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 11-cv-1446 |
| ) | |
| HORIZON WIND ENERGY, LLC, ) | |
| n.k.a EDP RENEWABLES ) | |
| NORTH AMERICA, LLC, ) | |
| ) | |
| Defendant. ) | |

## OPINION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Defendant's Motion for Sanctions for Failure to Comply with December 11, 2012 Order and Motion to Compel Plaintiff to Seasonably Supplement Production to Document Request Nos. 14 and 25 by March 25, 2013 (d/e 36) (Motion). Plaintiff Julie A. Schubart's response indicates that she has now complied with the discovery requests. Plaintiff's Response to Defendant's Motion for Sanction for Plaintiff's Failure to Comply with the December 11, 2012 Order and Motion to Compel Plaintiff to Seasonably Supplement Production to Documents Request Nos. 14 and 25 (d/e 26) (Response), at 4-6. The Response does not clearly state that Schubart provided all of the tax returns and related tax documents sought by Defendant. See Response,

¶ 19.  Plaintiff Schubart is directed to provide Defendant by April 15, 2013, (1) any additional requested tax documents and returns in her possession, custody, or control that have not yet been produced, and (2) written certification signed by Schubart that the production is complete.

The Court has carefully considered the request for sanctions judge and the facts and circumstances of this case and has determined that sanctions are not appropriate at this time.

WHEREFORE Defendant's Motion for Sanctions for Failure to Comply with December 11, 2012 Order and Motion to Compel Plaintiff to Seasonably Supplement Production to Document Request Nos. 14 and 25 by March 25, 2013 (d/e 36) is ALLOWED in part and DENIED in part. Plaintiff Schubart is directed to provide Defendant by April 15, 2013, (1) any additional requested tax documents and returns that have not yet been produced, and (2) written certification signed by Schubart that the production is complete.  The request for sanctions is denied.

ENTER:  April 8, 2013

                                        *s/ Byron G. Cudmore*
                                    UNITED STATES MAGISTRATE JUDGE